# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DWAN HETRICK,**

    **Plaintiff,**

vs.                                                      Case No. 5:08cv272-SPM/WCS

**ESPIDIDO M. SALVADOR,**
**M.J. ENGRAM,**
**DR. RONALD SOLORZANO-PALLAIS**
**and J. SCOTT THAYER,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

A notice was filed in this case, doc. 71, advising that Dr. J. Scott Thayer died several months prior. Plaintiff was advised that under FED. R. CIV. P. 25(d), the official capacity claim would be automatically substituted to the successor of the named Defendant. Doc. 78. Plaintiff was directed to advise the Court whether, in light of the death of Dr. Thayer, he would voluntarily dismiss his claim or attempt to determine the name of the personal representative of the Defendant to be substituted as to the individual capacity claim. Doc. 78. Plaintiff indicated his desire to continue his claim, doc. 83, but he requested more time to determine the personal representative. Plaintiff

was advised that he could have additional time, but only a total of 90 days was permitted under Rule 25(a)(1). Plaintiff was given until July 13, 2010, to advise the Court of the representative, as the suggestion of death was filed on April 14, 2010, doc. 71. Doc. 86. Plaintiff has failed to advise that he has learned the identity of any person for whom Plaintiff may properly continue his personal capacity claim against Defendant Thayer.

Pursuant to FED. R. CIV. P. 25(a)(1), if a claim may continue against a party, a motion for substitution must be "made within 90 days after service of a statement noting the death." If a motion for substitution is *not* made within 90 days, "the action by or against the decedent must be dismissed." FED. R. CIV. P. 25(a)(1). Because more than 90 days have passed, and Plaintiff has not filed a motion for substitution, it is recommended that the individual capacity claim against Defendant Thayer be dismissed.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that the individual capacity claim brought against Dr. J. Scott Thayer be **DISMISSED** pursuant to FED. R. CIV. P. 25(a), and this case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 12, 2010.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**