IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAN HETRICK,

       Plaintiff,

v.                              CASE NO. 5:08cv272-SPM/WCS

ESPIDIDO M. SALVADOR, et al.,

       Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 99) dated August 12, 2010. No objections have been filed. I have determined that the Report and Recommendation should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc.99) is ADOPTED and incorporated by reference in this order.

2.     The individual capacity claim brought against Dr. J. Scott Thayer is dismissed pursuant to Federal Rule of Civil Procedure 25(a).

3.     The Clerk shall refer this case to the Magistrate Judge for further

proceedings.

DONE AND ORDERED this 13th day of September, 2010.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge