IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAN HETRICK,

    Plaintiff,

v.                                         CASE NO. 5:08cv272-SPM/WCS

ESPIDIDO M. SALVADOR, et al.,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Fourth and Fifth Report and Recommendation (docs. 122 and 123) dated January 25, 2011 and January 26, 2011. Plaintiff has been given an opportunity to file objections. No objections have been filed. I have determined that the Reports and Recommendations should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Magistrate Judge's Fourth and Fifth Report and Recommendation (docs.122 and 123) are ADOPTED and incorporated by reference in this order.

2.     Defendant Engram's motion for summary judgment (doc. 95) is

treated as a motion to dismiss and granted.  Plaintiff's claims against Defendant Engram are dismissed for failure to exhaust administrative remedies.

     3.    The motion for summary judgment (doc. 111) filed by Defendants Salvador and Solorzano-Pallais is granted.  The clerk shall enter judgment for Defendants Salvador and Solorzano-Pallais on all claims.

     DONE AND ORDERED this 15th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge